Same case below, 417 Fed. Appx. 925.

**No. 11-116. Aera Energy LLC, et al., Petitioners v. Ken L. Salazar, Secretary of the Interior, et al.**

565 U.S. 883, 132 S. Ct. 252, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5533.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 213, 642 F.3d 212.

**No. 11-118. Norberto Martinez, Petitioner v. United States.**

565 U.S. 883, 132 S. Ct. 252, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5316.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-121. Benbin Zeng, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 883, 132 S. Ct. 252, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5451.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 414 Fed. Appx. 258.

**No. 11-124. Heartwood 88, LLC, et al., Petitioners v. BCS Services, Inc., et al.**

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5575.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 637 F.3d 750.

**No. 11-130. Timothy William Hawley, Petitioner v. California.**

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5332.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-136. Colleen Bagley, et al., Petitioners v. Rod R. Blagojevich, et al.**

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5613.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 646 F.3d 378.

**No. 11-137. Vida Baptista, Petitioner v. JPMorgan Chase Bank, N.A., aka Washington Mutual Bank.**

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 146, 2011 U.S. LEXIS 5261.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 640 F.3d 1194.